# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**GRANGE INSURANCE ASSOCIATION,**

    **Plaintiff,**

    **vs.**

**MEREDITH LINTOTT,**

    **Defendant.**

**Case No.: C-11-06419 YGR**

**ORDER CONTINUING STAY FOR ADDITIONAL 90 DAYS**

The Court has reviewed the parties' Joint Status Report, Dkt. No. 14, stipulating to stay this action for an additional 90 days.

The **STAY** of this action is hereby **EXTENDED** to **October 3, 2012**. The parties shall file a Joint Status Report by **August 21, 2012** to apprise the Court of the status of the appeal and any additional request to extend the stay.

**IT IS SO ORDERED.**

Date: June 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**