# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRANGE INSURANCE ASSOCIATION,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**MEREDITH LINTOTT,**<br><br>　　　　**Defendant.** | **Case No.: C-11-06419 YGR**<br><br>**ORDER CONTINUING STAY FOR ADDITIONAL 90 DAYS** |

　　The Court has reviewed the parties' Joint Status Report, Dkt. No. 14, stipulating to stay this action for an additional 90 days.

　　The **STAY** of this action is hereby **EXTENDED** to **October 3, 2012**. The parties shall file a Joint Status Report by **August 21, 2012** to apprise the Court of the status of the appeal and any additional request to extend the stay.

　　**IT IS SO ORDERED.**

Date: June 27, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**