**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GRANGE INSURANCE ASSOCIATION,**<br><br>     **Plaintiff,**<br><br>     vs.<br><br>**MEREDITH LINTOTT,**<br><br>     **Defendant.** | **Case No.: 11-CV-06419 YGR**<br><br>**ORDER CONTINUING STAY FOR ADDITIONAL 90 DAYS** |

The Court has reviewed the parties' Joint Status Report, Dkt. No. 21, stipulating to stay this action for an additional 90 days.

The **STAY** of this action is hereby **EXTENDED** to **July 11, 2013**. The parties shall file a Joint Status Report by **July 2, 2013** to apprise the Court of the status of the appeal and any additional request to extend the stay.

**IT IS SO ORDERED.**

Date: April 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**