David S. Casey, Jr., SBN 060768
Scott C. Cummins, SBN 060899
Wendy M. Behan, SBN 199214
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone:  (619) 238-1811
Facsimile:   (619) 544-9232
dcasey@cglaw.com
scc@cglaw.com
wbehan@cglaw.com
Attorneys for Defendant, Meredith Lintott

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

3/11/2014

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRANGE INSURANCE ASSOCIATION,

          Plaintiff,

v.

MEREDITH LINTOTT,

          Defendant.

CASE NO.  4-11-CV-06419-YGR

Assigned to: Hon. Yvonne Gonzalez Rogers

**STIPULATION FOR CHANGE OF PRE-FILING CONFERENCE HEARING DATE** AND ORDER

///

///

///

///

///

///

///

///

///

///

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

1    Plaintiff Grange Insurance Association and Defendant Meredith Lintott hereby stipulate

2    to continue the hearing date for the Pre-Filing Conference originally set for March 12, 2014 at

3    2:00 p.m. to March 26, 2014 at 11:00 a.m.

4

5                                                            CASEY GERRY SCHENK
                                                   FRANCAVILLA BLATT & PENFIELD, LLP
6

7

8    Dated:  March 11, 2014                    By:    s/ Wendy M. Behan_____
                                                      WENDY M. BEHAN
9                                                     Attorneys for Defendant

10                                                   HARDIMAN & CARROLL, L.L.P.

11

12

13   Dated:  March 11, 2014                    By:    s/ Michael F. Hardiman_____

14                                                    MICHAEL F. HARDIMAN
                                                      Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

48

Page 2

4-11-CV-06419-YGR
STIPULATION FOR CHANGE OF PRE-FILING CONFERENCE HEARING DATE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years, and not a party to the action.  I am employed in the County of San Diego, California.  My business address is 110 Laurel Street, San Diego, CA 92101.  On March 11, 2014, I directed the **STIPULATION FOR CHANGE OF PRE-FILING CONFERENCE HEARING DATE** following document(s) to be electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all parties in this action, and I placed a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed to the non-CM/ECF participants indicated on the Manual Notice List, for collection and mailing at Casey Gerry Schenk Francavilla Blatt & Penfield, LLP, 110 Laurel Street, San Diego, CA 92101, in accordance with the firm's ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2014, at San Diego, California.


s/Wendy M. Behan
Attorneys for Defendant
Meredith Lintott
Email: wbehan@cglaw.com

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

46

PROOF OF SERVICE

Page 1
4-11-CV-06419-YGR